IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FRANK SEWELL,

    Plaintiff,

vs.                                Civil Action No.: 06-1312
                                      Judge LANCASTER

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

## ORDER

NOW this 23rd day of May, 2007, it is hereby

ORDERED that the above titled matter is DISMISSED.

*[signature]*
US District Judge